IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) No. 3:16-cr-00051-BR-15 |
|---|---|
| Plaintiff, | ) ORDER TO MODIFY OF CONDITIONS OF PROBATION |
| vs. | ) |
| SANDRA ANDERSON, | ) |
| Defendant. | ) |

THIS MATTER having come before the Court upon Defendant's Motion to Modify Conditions of Probation, and GOOD CAUSE APPEARING,

IT IS THEREFORE ORDERED that the drug testing condition and component of Mandatory Condition #3 is SUSPENDED, and Defendant is not required to submit to periodic drug testing during her probation term, based on the Court's determination that Defendant poses a low risk of future substance abuse.

DATED this 28th day of August, 2017.

*[signature]*
The Honorable Anna J. Brown
U.S. Senior District Court Judge

Order Prepared By:

Matthew McHenry, OSB 043571
Attorney for Defendant Sean Anderson (co-defendant of Sandra Anderson)